# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Isidro Fierro-Gomes,<br><br>　　　　　　　Defendant. | No. CR-13-01984-001-TUC-JAS (BPV)<br><br>**ORDER** |

　　　The Court is in the process of reviewing the record and the parties' briefs in relation to the Report and Recommendation (Doc. 47).  The Government shall file a reply to Defendant's response to the objections (Doc. 53) by **9/26/14**.

　　　Dated this 19th day of September, 2014.

　　　　　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　　　　　United States District Judge