# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  Plaintiff,  v.  Isidro Fierro-Gomes,  Defendant. | No. CR-13-01984-001-TUC-JAS  **ORDER** |

Pending before the Court is a Report and Recommendation ("R & R") recommending that the Bureau of Prisons' ("BOP") request for an additional amount of time to restore Defendant to competency be granted. For the reasons stated below, the R & R is adopted.

The controlling statute states in relevant part that a Court may order the continued hospitalization of a Defendant "for an additional reasonable period of time until . . . his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward . . ." 18 U.S.C. § 4241(d)(2)(A); *see also Jackson v. Indiana*, 406 U.S. 715, 733 (1972). At an evidentiary hearing on April 20, 2015, Defendant's treating doctors (i.e., Dr. Sarrazin and Dr. DeMier) testified that Defendant was responding well and making progress based on recent medications used to treat his schizophrenia; Defendant's improvements include: a brighter affect; improvement in his ability to answer questions; "the voices he hears are getting better";

the delay in the time it takes to answer questions is getting shorter; Defendant is becoming more social, is smiling more often, and making better eye contact; and he is thinking more rationally and communicating better.  Based on Defendant's continuing progress, both doctors testified that there is a reasonable probability in the foreseeable future that Defendant will attain the capacity to allow the proceeding to move forward to trial.

Upon review of the relevant record and authority, the Court finds that there is a substantial probability that Defendant's mental condition will improve to the extent that he will attain the capacity to permit the proceedings against him to go forward within a reasonable amount of time.  As such, Defendant's objections are denied.

Accordingly, IT IS ORDERED that the BOP's request for an extension of time to restore Defendant's competency (Doc. 68) is granted.  Under the circumstances of this case, the Court finds that an additional 120 days from the filing date of this Order to restore Defendant's competency is a reasonable additional amount of time for restoration treatment.

Dated this 5th day of June, 2015.

Honorable James A. Soto
United States District Judge